

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 28 2025   Page 2

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern |
|---|---|

| Name (under which you were convicted): Adrian Hiley | Docket or Case No.: N/A |
|---|---|

4:25-cv-01240-DPM-BBM

| Place of Confinement: Sharp County Detention Center | Prisoner No.: 132442 |
|---|---|

Petitioner (include the name under which you were convicted): Advion Lamar Hiley

v.

Respondent (authorized person having custody of petitioner): State of Arkansas

The Attorney General of the State of: John Doe Arkansas Leslie Rutledge

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Desha County Arkansas City, Arkansas
    N/A
    (b) Criminal docket or case number (if you know): N/A

2.  (a) Date of the judgment of conviction (if you): August 11 2010
    (b) Date of sentencing: August 11 2010

3.  Length of sentence: 10 years 3 suspended

4.  In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Possession of Firearm by a felon  Terroristic Act
    N/A
    N/A
    N/A

6.  (a) What was your plea? (Check one)
    ☐ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
    ☒ (2) Guilty        ☐ (4) Insanity plea

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I plead Guilty to Poss. of A Firearm By A felon and Terroristic Act 1 count Terroristic Act
    N/A

This case is assigned to District Judge Marshall
and to Magistrate Judge Moore

_____N/A_____
_____N/A_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only    N/A

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☐ Yes    ☑ No

9. If you did appeal, answer the following:

(a) Name of court: _____N/A_____

(b) Docket or case number (if you know): _____N/A_____

(c) Result: _____N/A_____

(d) Date of result (if you know): _____N/A_____

(e) Citation to the case (if you know): _____N/A_____

(f) Grounds raised: _____N/A_____
_____N/A_____
_____N/A_____
_____N/A_____
_____N/A_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: _____N/A_____

(2) Docket or case number (if you know): _____N/A_____

(3) Result: _____N/A_____
_____N/A_____

(4) Date of result (if you know): _____N/A_____

(5) Citation to the case (if you know): _____N/A_____

(6) Grounds raised: _____N/A_____
_____N/A_____
_____N/A_____
_____N/A_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result:    N/A

       N/A

   (3) Date of result (if you know):   N/A

   (4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11.   If your answer to Question 10 was "Yes," give the following information:

 (a) (1) Name of court:   N/A

   (2) Docket or case number (if you know):   N/A

   (3) Date of filing (if you know):   N/A

   (4) Nature of the proceeding:   N/A

   (5) Grounds raised:   N/A

     N/A
     N/A
     N/A
     N/A
     N/A
     N/A
     N/A
     N/A

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     ☐ Yes   ☒ No

   (7) Result:   N/A

   (8) Date of result (if you know):   N/A

 (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court:   N/A

   (2) Docket or case number (if you know):   N/A

   (3) Date of filing (if you know):   N/A

   (4) Nature of the proceeding:   N/A

   (5) Grounds raised:   N/A

     N/A
     N/A
     N/A

N/A
N/A
N/A
N/A
N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _N/A_

(5) Grounds raised: _N/A_

N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☒ No

(2) Second petition:  ☐ Yes   ☒ No

(3) Third petition:   ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _Im Just now Challanging my Felony Conviction_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: I Should Be Off Parole My Sentence Was Up in 2023

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Under the Law before Governor ASA Hutchinson Changed it, My time would Have timely expired I'm wanting All my Time to count Jail time waiting on Supervision Sanction Program The time I Served in the Supervision Sanction Program and My time I Absconded to count All time Served

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A
N/A
N/A
N/A

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Never Filed A Appeal I never went to Trial I Pled Guilty to All Charges August 11 2010

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?    ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was   N/A

N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

N/A

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A
N/A
N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:   I Have Just now Challenged my conviction my time Has Expired in 2023 I want the old law Reinstated

**GROUND TWO:**   I want the old Law in the State of Arkansas concerning parole time.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My State Sentence was over in 2023 yet I Still on parole under the Law Governor of Arkansas former Governor ASA Hutchinson passed I want my Jail time And my Absconding time Counted toward my Sentence my Supervision Sanction time Counted I want Credit for All Time Served

(b) If you did not exhaust your state remedies on Ground Two, explain why:   I m Just now in November 22 2025 Challenging my conviction

Page 8

___of The Arkansas Community Correction___
___Parole Rules and Governor ASA Hutchinson Law___

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: __N/A__
_____N/A_____
_____N/A_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__
_____N/A_____

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__
_____N/A_____
_____N/A_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was __N/A__
_____N/A_____

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__
_____N/A_____
_____N/A_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
__I'm just now starting to challenge__
__my conviction in Federal court &__
__will challeng All State law with Federal Law__

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two   N/A

N/A
N/A
N/A
N/A

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A
N/A
N/A
N/A
N/A
N/A
N/A

(b) If you did not exhaust your state remedies on Ground Three, explain why:   N/A

N/A
N/A
N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:   N/A

N/A
N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:   N/A

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:   N/A

N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

_____ n/A
_____ n/A
_____ n/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: __n/A__

_____ n/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __n/A__

Name and location of the court where the motion or petition was filed: __n/A__

_____ n/A

Docket or case number (if you know): __n/A__

Date of the court's decision: __n/A__

Result (attach a copy of the court's opinion or order, if available): __n/A__

_____ n/A
_____ n/A

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was __n/A__

_____ n/A

Docket or case number (if you know): __n/A__

Date of the court's decision: __n/A__

Result (attach a copy of the court's opinion or order, if available): __n/A__

_____ n/A
_____ n/A
_____ n/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __n/A__

_____ n/A

_N/A_
_N/A_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _N/A_
_N/A_
_N/A_
_N/A_
_N/A_

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☑ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _N/A_
    _N/A_
    _N/A_
    _N/A_

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _N/A_
    _N/A_
    _N/A_

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _N/A_
    _N/A_
    _N/A_
    _N/A_
    _N/A_
    _N/A_
    _N/A_

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.  n/A

n/A

n/A

n/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Ronald Davis
Little Rock, Arkansas

(b) At arraignment and plea: Ronald Davis
Little Rock, Arkansas

(c) At trial: n/A

n/A

(d) At sentencing: Ronald Davis
Little Rock, Arkansas

(e) On appeal: n/A

(f) In any post-conviction proceeding: n/A

(g) On appeal from any ruling against you in a post-conviction proceeding: n/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
n/A

n/A

(b) Give the date the other sentence was imposed: n/A

(c) Give the length of the other sentence: n/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

n/A

Case 4:25-cv-01240-DPM-BBM   Document 1   Filed 11/28/25   Page 13 of 15

Page 14

_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
____ N/A _____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

   (2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Restore All my time Absconding and time in Jail waiting for Supervision Sanction Program and Time Served in Supervision Program_ or any other relief to which petitioner may be entitled. _A $ Million Dollars A Day Served over my original sentence_

Hiley Pro-Se     _Adrian Lamar Hiley Pro se_
                   Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Page 15

Writ of Habeas Corpus was placed in the prison mailing system on __November 22, 2025__ (month, date, year).

Executed (signed) on __11-22-25__ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

__N/A__
__N/A__
__N/A__

Adrian Lamar Hiley #827763 #AOC#132442
Sharp County Detention Center
P.O. Box 157
Ash Flat, AR 72513



Federal Documents
Orignal copy

    Petition under 28 U.S.C 2254
  Federal mail
 Writ of Habeas corpus

United States District court
Eastern District of Arkansas
Office of the clerk
600 West Capitol Avenue
Room A149
Little Rock, Arkansas 72201