# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ADRIAN LAMAR HILEY**                                                        **PETITIONER**

v.                                          **No. 4:25-cv-1240-DPM**

**STATE OF ARKANSAS**                                                      **RESPONDENT**

## ORDER

1. The Court withdraws the reference.

2. Hiley has not updated his address with the Clerk and the time to do so has passed. *Doc. 11.* His petition will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2026