# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ADRIAN LAMAR HILEY                                                PETITIONER

v.                                      No. 4:25-cv-1240-DPM

STATE OF ARKANSAS                                                RESPONDENT

## JUDGMENT

Hiley's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2026